UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                        Criminal No. 11-cr-140-01-SM

<u>Bernard R. Mullan</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 7) filed by defendant is granted; Final Pretrial is rescheduled to December 6, 2011 at 2:30 p.m.; Trial is continued to the two-week period beginning December 13, 2011, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                   */s/ Steven J. McAuliffe*

                                                   Steven J. McAuliffe
                                                   Chief Judge

Date:  October 27, 2011

cc:  Michael J. Connolly , Esq
     Mark Zuckerman, AUSA
     U.S. Marshal
     U.S. Probation